UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

J & J Sports Productions, Inc.

        Plaintiff,

vs.

Jeff M. Bachhas, individually and d/b/a Spices Negril; and Tanga, Inc.., an unknown business entity d/b/a Spices Negril,

        Defendants.

Case No.: 17-cv-5339-SF

**STIPULATION OF DISMISSAL**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 04 2019 ★
LONG ISLAND OFFICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties who have appeared in the above-captioned action, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action be, and the same hereby is, dismissed, with prejudice with each party to this action bearing its own Attorneys' fees and costs.

Date: April 2, 2019

Respectfully Submitted,

THE LAW OFFICES OF M.L. ZAGER, P.C.

By: _____
Robert B. Hunter, Esq.
P.O. Box 948
Monticello, New York 12701
rhunter@mzager.com
Phone: (845) 794-3660 Ext. 220
Fax: (845) 794-3919
Attorneys for Plaintiff

By: _____
Garnett H. Sullivan, Esq.
1080 Grand Avenue
Ste. 200
South Hempstead, NY 11550
516-285-1575
Fax: 516-285-1608
garnettsullivan@yahoo.com
Attorney for Defendants

04/04/2019:
SO ORDERED.

S/Sandra J. Feuerstein

Sandra J. Feuerstein, U.S.D.J.